UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-02363-CJC-SHK | Date: | June 24, 2019 |
| Title: | *Johnny Porras v. Scott Kernan, et al.* | | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE**

On May 21, 2019, the Court issued its Order Regarding Filing of First Amended Petition. Electronic Case Filing Number ("ECF No.") 10, Order. In its order, Petitioner was to file a First Amended Petition ("FAP") in which he Petitioner had to include the number and type of claims for relief, specifically whether the grounds raised from his petition are from his direct appeal or are additional grounds. Petitioner's FAP was due on June 10, 2019.

To date, Petitioner has not filed his FAP. Accordingly, on or before **July 8, 2019**, Petitioner is ORDERED to either (a) advise the Court that he does not desire to pursue this action and move forward with his petition; (b) if petitioner does desire to pursue this action, show good cause in writing, if any exists, why petitioner has not timely filed with the Court his FAP; or (c) file his FAP.

Petitioner is forewarned that, if he fails to do either of the provided options, the Court may deem the matter submitted on Petitioner's petition.

**IT IS SO ORDERED.**