JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PORRAS<br><br>      Petitioner,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>      Respondents. | Case No. 2:19-cv-02363-CJC (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Denying the Petition, Dismissing the Case, and Denying a Certificate of Appealability, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: February 3, 2020

                _____
                HONORABLE CORMAC J. CARNEY
                United States District Judge